UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 15 CR 106 |
| BRIAN MADDALENI | Matthew F. Kennelly<br>Acting Chief Judge |

### ORDER

Upon the Government's Motion for an Extension of Time to Return an Indictment or File an Information, under Title 18, United States Code, Section 2113(a), in the above-captioned cause,

IT IS HEREBY ORDERED that the time within which to return an indictment or file an information against defendant be extended from April 3, 2015, to and including May 1, 2015. Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendant in a speedy trial for the reasons set forth in the Motion and the sealed Attachment accompanying the motion.

ENTERED:

_____
MATTHEW F. KENNELLY
Acting Chief Judge
United States District Court
Northern District of Illinois

Date: 3/27/2015