IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 15 CR 106-1 |
| Brian Maddaleni, | ) ) ) | Rebecca R. Pallmeyer<br>Acting Chief Judge |
| Defendant. | ) ) | |

### ORDER

The Government's agreed motion for a seventh extension of time to return an indictment or file an information pursuant to 21 U.S.C. Section 846, [43] is granted to and including October 24, 2015. The Government is granted leave to file the attachment to the motion under seal.

ENTER:

Dated: September 24, 2015

_____
REBECCA R. PALLMEYER
Acting Chief Judge